JEFFER, MANGELS, BUTLER & MARMARO LLP
JAMES WESLEY KINNEAR (Bar No. 124771) JWK@jmbm.com
CARLA MENINSKY (Bar No. 233470) cxm@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Plaintiff SKYY Spirits, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYY SPIRITS, LLC,, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RUBYY, LLC, a Delaware limited liability company, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 09-0646 WHA<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>Dept: Courtroom 9, 19th Floor<br>Judge: Hon. William H. Alsup |

This Stipulation for Extension of Time to Respond to Complaint (the "Stipulation") is made by and between Plaintiff Skyy Spirits, LLC And Defendant Rubyy, LLC pursuant to Local Rule 6-1. The parties each stipulate and agree as follows:

## RECITALS

A. Whereas Plaintiff Skyy Spirits, LLC ("Skyy") served its Complaint in this matter on Defendant Rubyy, LLC ("Rubyy") on February 19, 2009.

B. Whereas Skyy served its First Amended Complaint on Rubyy on February 24, 2009.

STIPULATION FOR EXTENSION OF TIME
AND [PROPOSED] ORDER
CASE NO. CV 09-0646 WHA

832508v1

C. Whereas Rubyy's response to the First Amended Complaint is presently due on March 11, 2009.

D. Whereas Rubyy seeks a thirty calendar day extension of time, to April 10, 2009, within which to respond to the First Amended Complaint.

E. Whereas Rubyy seeks such extension in order to obtain legal counsel and not for purpose of vexation or delay.

F. Whereas counsel for Skyy has consented to such extension.

G. WHEREAS, pursuant to Local Rule 6-1 this extension of time will not alter any event or deadline already fixed by the Court.

Therefore, the revised deadline for Rubyy to respond to Skyy's First Amended Complaint is as follows:

1. Rubyy's response to Skyy's First Amended Complaint is due on or before April 10, 2009.

**IT IS SO STIPULATED**

DATED: March 6, 2009      JEFFER, MANGELS, BUTLER & MARMARO LLP
                          JAMES WESLEY KINNEAR
                          CARLA MENINSKY


By: /s/ Carla Meninsky
      CARLA MENINSKY
Attorneys for Plaintiff SKYY SPIRITS, LLC


DATED: March 7, 2009      RUBYY, LLC


By: Corinne Stockstill
      CORINNE STOCKSTILL
Attorneys for Defendant RUBYY, LLC

- 2 -   STIPULATION FOR EXTENSION OF TIME
        AND [PROPOSED] ORDER
        CASE NO. CV 09-0646 WHA

832508v1

## [PROPOSED] ORDER

The Court, having reviewed the Stipulation and good cause appearing:

IT IS SO ORDERED.

DATED: March 10, 2009



Judge of the United States District Court