**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SKYY SPIRITS, LLC, a Delaware limited
     liability company,
11                                                    No. C 09-00646 WHA

12              Plaintiff,

13       v.
                                                      **ORDER DENYING**
14   RUBYY, LLC, a Delaware limited liability         **STIPULATION TO**
     company, and DOES 1 through 20,                  **CONTINUE TRIAL DATE**
15   inclusive,

16              Defendants.
                                              /
17

18       The Court acknowledges plaintiff counsel's son is set to graduate on May 17, 2010, but

19   notes that it is premature to continue the May 3, 2010, trial date at this time since the trial is

20   expected only to take eight days.  In the past ten years, the Court has only had one trial which

21   trailed for a couple of days.

22

23       **IT IS SO ORDERED.**

24

25   Dated:  May 26, 2009.

26                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE
27

28