JEFFER, MANGELS, BUTLER & MARMARO LLP
JAMES WESLEY KINNEAR (Bar No. 124771) JWK@jmbm.com
CARLA MENINSKY (Bar No. 233470) cxm@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Plaintiff
SKYY Spirits, LLC

RUSSELL D. POLLOCK (Bar No. 108066) rpollock@kanbar.com
2100 Jackson Street
San Francisco, CA 94115

Attorneys for Defendant
RUBYY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYY SPIRITS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> RUBYY, LLC, a Delaware limited liability company, and DOES 1 through 20, inclusive <br><br> Defendant. | CASE NO.    CV 09-0646 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER RE MEDIATION SCHEDULE** <br><br><br> Dept: Courtroom 9, 19th Floor <br> Judge: Hon. William H. Alsup <br><br> Complaint filed: February 12, 2009 <br> Trial Date: May 3, 2010 |

Subject to the approval of the Court, plaintiff SKYY Spirits, LLC ("SKYY") and defendant RUBYY, LLC ("RUBYY") stipulate with reference to the following facts:

1. The parties have reached an agreement in principle that disposes of this entire action. The parties are in the process of drafting a final agreement to reflect that resolution.

2. On May 14, 2009, the Court entered its order referring the matter to the ADR Unit for mediation (Document 26). On May 21, 2009, the Court notified the parties that it had appointed Mark LeHocky as the mediator for the case and directing that mediation be completed on

the schedule set out in ADR L.R. 6-4. Under ADR L.R. 6-4(b), the mediation was required to be completed by August 12, ninety days following the referral to the ADR Unit.

3.   The parties conferred with Mr. LeHocky and scheduled the mediation to take place on July 27. On Friday, July 10, counsel was informed that the parties in direct discussions had tentatively settled the matter, and on Monday, July 13, counsel confirmed that an agreement in principle had been reached. Counsel is now preparing an agreement disposing of the litigation.

4.   The parties promptly notified Mr. LeHocky. With Mr. LeHocky's approval, the parties now ask that the Court extend the deadline to complete the mediation to August 28. The parties have scheduled to mediate the matter with Mr. LeHocky on that date if the matter has not been dismissed by that date.

5.   The parties expect to have completed the drafting and execution of a final agreement in advance of August 28, however. They request this extension of the last day to mediate under ADR L.R. 6-4 so that they can avoid the cost of preparing mediation briefs and then mediating in a matter that is already settled in principle and in which they expect to have a signed agreement by the time of the currently scheduled mediation. August 28 is the first date that Mr. LeHocky has available where the parties' counsel are also available.

6.   The parties seek this extension of time to mediate solely because they have reached an agreement in principle and wish to avoid the expense of time and fees in mediating, and to avoid imposition on Mr. LeHocky. The parties have litigated the case in good faith according to the schedule ordered by the Court. They have undertaken substantial written and document discovery. They have schedule depositions. They do not seek this extension for any bad faith purpose of delay or lack of diligence. They informed the mediator, Mr. LeHocky, of their proposal, and he approves.

Now, therefore, subject to the approval of the Court, the parties stipulate as follows:

The deadline for the parties to complete mediation of this matter is extended to August 28, 2009.

1  DATED: July 15, 2009            JEFFER, MANGELS, BUTLER & MARMARO LLP
2                                  JAMES WESLEY KINNEAR
3
                                   By: /s/ WK
4                                  _____
                                   JAMES WESLEY KINNEAR
5                                  Attorneys for Plaintiff SKYY SPIRITS, LLC

6  DATED: July 15, 2009,           RUSSELL D. POLLOCK
7
8                                  By: _____
                                   RUSSELL D. POLLOCK
9                                  Attorneys for Defendant RUBYY, LLC
10
11 PURSUANT TO STIPULATION, IT IS SO ORDERED.
12
13
14 DATED: July 16, 2009.           By: _____
                                   The Honorable William H. Alsup
15                                 United States District Court Judge



APPROVED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1  DATED: July 15, 2009 | JEFFER, MANGELS, BUTLER & MARMARO LLP<br>JAMES WESLEY KINNEAR |
| 2 | |
| 3 | |
| 4 | By: _____<br>JAMES WESLEY KINNEAR<br>Attorneys for Plaintiff SKYY SPIRITS, LLC |
| 5 | |
| 6  DATED: July 15, 2009, | RUSSELL D. POLLOCK |
| 7 | |
| 8 | By: *[signature]*<br>RUSSELL D. POLLOCK<br>Attorneys for Defendant RUBYY, LLC |
| 9 | |
| 10 | |
| 11  PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 12 | |
| 13 | |
| 14  DATED: | By: _____<br>The Honorable William H. Alsup<br>United States District Court Judge |

886811v1

- 3 -   STIPULATION AND [PROPOSED] ORDER RE MEDIATION SCHEDULE
Case No. CV 09-0646 WHA

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On the date specified below, I served the document(s) described as

**STIPULATION AND [PROPOSED] ORDER RE MEDIATION SCHEDULE**

in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

**Mark LeHocky, Esq.**
**Ross Stores, Inc.**
**4440 Rosewood Dr., Bldg. 4**
**Pleasanton, CA 94588**
Email: Mark.LeHocky@ros.com
Tel: (925) 965-4570

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) I caused the document(s) to be sent to the person(s) at the e-mail address(es) as listed above and/or on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on July 16, 2009 at San Francisco, California.

☐ (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Arlene L. Meehan

886989v1

Proof of Service – Case No. CV 09-0646 WHA