United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYY SPIRITS, LLC, a Delaware limited liability company,

    Plaintiff,

  v.

RUBYY, LLC, a Delaware limited liability company, and DOES 1 through 20, inclusive,

    Defendants.
    /

No. C 09-00646 WHA

**ORDER RE PLAINTIFF'S REQUEST FOR DISCOVERY RELIEF**

Plaintiff has filed a request for an order permitting it to produce electronic discovery documents to defendant in native format with unique control numbers on each document rather than on each page. The Court requests that defendant file a written response to this request **ON OR BEFORE NOON ON MONDAY, SEPTEMBER 28, 2009**.

**IT IS SO ORDERED.**

Dated: September 24, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE