IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYY SPIRITS, LLC,

        Plaintiff,

  v.

RUBYY, LLC,

        Defendant.
                           /

No. C 09-00646 WHA

**ORDER RE LETTER BRIEF DATED SEPTEMBER 22, 2009**

      With respect to Skyy's discovery request, Skyy started this litigation. Now it is complaining about having to produce documents and wants to be relieved of the burden of putting a unique identifying number on each page. The request is **DENIED**. This chore is routinely done by all other civil litigants and no reason is given why Skyy cannot manage the cost as well as the thousands of other litigants in this Court. Also, this problem should have been raised months ago; if the volume of documents requested was unduly burdensome, the Court would have, on motion, quashed the burdensome requests. It now appears that such a motion would be untimely. Skyy is denied all relief and should make up for lost time by moving its own lawsuit along on schedule.

    **IT IS SO ORDERED.**

Dated: September 29, 2009.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE