IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYY SPIRITS, LLC, a Delaware limited liability company,

    Plaintiff,

  v.

RUBYY, LLC, a Delaware limited liability company, and DOES 1 through 20, inclusive,

    Defendants.

No. C 09-00646 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE OF 9/28/2009**

      The Court is in receipt of plaintiff's September 28, 2009, letter concerning a discovery dispute and **SETS** a further meet-and-confer for Friday, **OCTOBER 2, 2009, AT 9:00 A.M.** in the Court's jury room on the 19th floor of the federal courthouse. A hearing shall be held at **11:00 A.M.** to resolve any outstanding issue(s) on that same day. Defendant's response is due by **NOON ON OCTOBER 1, 2009**. Please note that only those counsel who participate at the further meet-and-confer may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: September 29, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE