JEFFER, MANGELS, BUTLER & MARMARO LLP
JAMES WESLEY KINNEAR (Bar No. 124771) JWK@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Plaintiff
SKYY Spirits, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYY SPIRITS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RUBYY, LLC, a Delaware limited liability company, and DOES 1 through 20, inclusive<br><br>Defendant. | CASE NO.    CV 09-0646 WHA<br><br>[PROPOSED] ORDER RE: DISCOVERY DISPUTE OF SEPTEMBER 28<br><br>Dept: Courtroom 9, 19th Floor<br>Judge: Hon. William Alsup<br><br>Complaint filed: February 12, 2009<br>Trial Date: May 3, 2010 |

The discovery dispute addressed in plaintiff's letter brief of September 28, 2009, came on for hearing before the Court at 11:00 a.m., October 2, 2009. All parties were represented by counsel, who met and conferred as ordered by the Court prior to the hearing.

The Court having considered the parties' briefs and the arguments of counsel, and good cause appearing,

**IT IS HEREBY ORDERED** the deposition of Maurice Kanbar shall commence at 9:00 a.m. on October 28, 2009, at the offices of plaintiff's counsel in San Francisco. The deposition of Christopher Huddleston shall commence at 9:00 a.m. on October 29, 2009 at the offices of plaintiff's counsel in Los Angeles. The Rule 30(b)(6) deposition of defendant RUBYY, LLC shall

commence on October 30, 2009 at 9:00 a.m. at the offices of plaintiff's counsel in Los Angeles.

**IT IS SO ORDERED.**

Dated: October __6__, 2009



- 2 -

SKYY Spirits, LLC v. RUBYY, LLC;
CV 09-0646 WHA
ORDER RE DISCOVERY DISPUTE