IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYY SPIRITS, LLC, a Delaware limited liability company<br><br>   Plaintiff,<br><br>   v.<br><br>RUBYY, LLC, a Delaware limited liability company, and DOES 1 through 20, inclusive<br><br>   Defendants.<br>                                                                    / | No. C 09-00646 WHA<br><br>**ORDER APPROVING DEPOSITION OF NON-PARTY WITNESS ANTHONY P. FOGLIO** |

The Court is in receipt of the parties' stipulation to extend the December 31, 2009, discovery cutoff to allow the deposition of non-party witness Anthony P. Foglio on January 13 and 14, 2010. Good cause having been shown, the Court hereby **GRANTS** the extension for this limited purpose only.

The parties are reminded that no other deadline set by the Court is affected by this order, and the discovery cutoff is *not* extended for any other purpose other than specified above.

**IT IS SO ORDERED.**

Dated: November 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE